JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| MALLORY HAMMETT, | Case No.: 2:21-cv-00753-RSWL-AFMx |
|---|---|
| Plaintiff, | *Assigned to Hon. Ronald S.W. Lew* |
| v. | [~~PROPOSED~~] ORDER RE: STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE [FRCP, Rule 41(a)(1)(A)(ii)] |
| IMPRES TECHNOLOGY SOLUTIONS, INC. and DOES 1-10, | |
| Defendants. | Action Filed: January 27, 2021<br>Trial Date: August 9, 2022 |

Having read and considered the foregoing stipulation of the parties, the Court hereby ORDERS the dismissal of any and all claims at issue in this action with prejudice.

**IT IS SO ORDERED.**

Dated: March 7, 2022

                                                     */S/ RONALD S.W. LEW*
                                                   *Hon. Ronald S.W. Lew*,
                                                   **United States District Court Judge**

**ORDER RE: STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE
[FRCP, Rule 41(a)(1)(A)(ii)]**